

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Keith Gutstein, Esq.**
KGutstein@kaufmandolowich.com

**Solomon Abramov, Esq.**
SAbramov@kaufmandolowich.com

June 22, 2026

**VIA ECF**
Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Request GRANTED.  The initial pretrial conference will be held on August 19, 2026, at 12:00 p.m.

**SO ORDERED.**

Dated: June 23, 2026
New York, New York

_Jennifer Rochon_

**JENNIFER L. ROCHON**
**United States District Judge**

Re:  **Ebenezer Pannikadavil v. NYU Langone Medical Center, NYU Langone Health System, NYU Langone Hospitals, and Sasha D. Palo-Cabase**
**Case No.:    1:26-cv-01674-JLR**

Dear Judge Rochon:

This firm represents Defendants NYU Langone Medical Center, NYU Langone Health System, NYU Langone Hospitals, and Sasha D. Palo-Cabase (collectively, "Defendants") in this lawsuit. We write jointly with counsel for Plaintiff Ebenezer Pannikadavil ("Plaintiff") to respectfully request an adjournment of the initial conference scheduled for August 12, 2026.

The reason for the adjournment request is that counsel for Defendants is scheduled to attend a hearing in a separate matter before the New York State Division of Human Rights on August 12, 2026 and August 13, 2026. That Division hearing was scheduled on February 4, 2026.

Counsel for the Parties have conferred and propose the following alternative dates for the initial conference: August 19, 2026; August 20, 2026; September 10, 2026, or any date thereafter as may be convenient for the Court.

This is the Parties' first request for an adjournment of the initial conference. The Parties thank the Court for its consideration of this joint request.

Respectfully submitted,
Kaufman Dolowich LLP

Keith Gutstein
Solomon Abramov

cc: All counsel of record (*via* ECF)